UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PACE INDUSTRY UNION MANAGEMENT PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:13-cv-00393 District Judge Campbell |
| v. | ) ) | Magistrate Judge Griffin |
| HUHTAMAKI, INC., | ) ) | |
| Defendant. | ) ) | |

**COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS COUNTERCLAIM**

Plaintiffs and Counterclaim Defendants, the PACE Industry Union-Management Pension Fund and its Trustees (collectively, the "Fund"), move to dismiss Defendant and Counterclaim Plaintiff Huhtamaki, Inc.'s ("Huhtamaki") Counterclaim for equitable restitution for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The Counterclaim must be dismissed because (1) Huhtamaki has not pleaded all of the essential elements of equitable restitution under federal common law, and (2) Huhtamaki does not have a right of action for equitable restitution under the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

"To state a valid claim, a complaint must contain direct or inferential allegations respecting *all the material elements* under some viable legal theory." *Commer. Money Ctr., Inc. v. Ill. Union Ins. Co.*, 508 F.3d 327, 336 (6th Cir. 2007) (emphasis added). To state a claim of

1

equitable restitution for mistaken contributions, Huhtamaki must allege each of the following elements: (1) the employer paid contributions to the pension fund that the employer was not obligated to pay under the collective bargaining agreement; (2) the employer requested a refund of the contributions; (3) the fund denied the refund; and (4) such refusal was arbitrary and capricious. *Laborers Pension Trust Fund-Detroit & Vicinity v. Interior Exterior Specialists Constr. Group, Inc*., 394 Fed. Appx. 285, 294-95 (6th Cir. 2010). In addition, Huhtamaki must also allege that its contributions were the result of a mistake of fact or law within the exception of ERISA Section 403, 29 U.S.C. § 1103, banning payment of plan assets to an employer. Because Huhtamaki has not alleged elements (2) through (4), the Court must dismiss the Counterclaim against the Fund.

In addition, Huhtamaki has alleged that its Counterclaim for restitution arises under ERISA. To the contrary, the Court has jurisdiction over the Counterclaim solely based on federal common law arising under 28 U.S.C. § 1331. An employer does not have a private right of action, either express or implied, for restitution under ERISA. Therefore, the Counterclaim should also be dismissed to the extent Huhtamaki seeks to recover under ERISA.

Therefore, the Fund respectfully requests that the Court dismiss the Counterclaim in its entirety.

2

Dated: June 14, 2013                    Respectfully Submitted,


                                        *s/* Laura Offenbacher Aradi
                                        W. Michael Hamilton (Bar # 10720)
                                        PROVOST UMPHREY LAW FIRM LLP
                                        2021 Richard Jones Road, Suite 300
                                        Nashville, TN  37215
                                        Phone: (615) 269-8892
                                        Fax: (615) 256-5922
                                        mhamilton@provostumphrey.com

                                        Laura Offenbacher Aradi (*pro hac vice*)
                                        SLEVIN & HART, P.C.
                                        1625 Massachusetts Avenue, NW, Suite 450
                                        Washington, D.C.  20036
                                        Phone: (202) 797-8700
                                        Fax: (202) 234-8231 (fax)
                                        laradi@slevinhart.com

                                        *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that on this 14th day of June, 2013, I served the foregoing via CM/ECF on all counsel of record set forth below:

C. Eric Stevens
LITTLER, MENDELSON, P.C.
3200 West End Avenue, Suite 500
Nashville, TN 37203
Phone: (615) 383-3033
Fax: (615) 691-7807
estevens@littler.com
*Counsel for Defendant*


                                        *s/* Laura Offenbacher Aradi
                                        Laura Offenbacher Aradi


20013602v1

3